AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>David ESCALANTE JR D.O.B: ▇ 2001<br><br>_Defendant(s)_ | )<br>)<br>) Case No.  7:21-mj-2635<br>)<br>)      United States Courts<br>)      Southern District of Texas<br>)              FILED<br><br>_December 20, 2021_ |

**CRIMINAL COMPLAINT**    Nathan Ochsner, Clerk of Court

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___December 19, 2021___ in the county of ___Hidalgo___ in the ___Southern___ District of ___Texas___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 554 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit; 50 rounds Fiocchi .223 ammo, a drum magazine with 28 rounds, and a Smith&Wesson M&P15 rifle as defined by the Commerce Control List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 50, United States Code, Section 4819(2), and Title 15, Code of Federal Regulations, Section 730 et seq., all in violation of Title 18, United States Code, Section 554 |

This criminal complaint is based on these facts:

Continued on the attached sheet and made part of this complaint:

☑ Continued on the attached sheet.

Approved by AUSA Alexis Garcia

Sworn to and executed by reliable electronic means, and attested telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: _12/20/21 – 8:17 a.m._

City and state:      McAllen, Texas

/s/ Karl de la Fuente
_Complainant's signature_

Karl de la Fuente / HSI Special Agent
_Printed name and title_

_Judge's signature_

Juan F. Alanis, U.S. Magistrate Judge
_Printed name and title_

## Attachment "A"
## Re: David ESCALANTE JR
## CONTINUATION

On or about December 19, 2021, David ESCALANTE JR crossed from the United States to Mexico via the Donna Port of Entry (POE). ESCALANTE JR was the driver of a red in color Dodge Challenger. ESCALANTE JR eventually came back to the United States from Mexico and attempted to make entry also at the Donna POE.

During Customs and Border Protection (CBP) inspection, a CBP Officer found 50 rounds of Fiocchi .223 ammunition, a drum magazine with 28 rounds, and a Smith&Wesson M&P15 rifle in the trunk of the vehicle. The magazine was with the rifle along with the box of ammunition. ESCALANTE JR did not voluntarily declare that he had those items with him.

A Homeland Security Investigations (HSI) Special Agent (SA) as well as an HSI Task Force Officer (TFO) responded to the Donna Port of Entry and conducted an interview of ESCALANTE JR. During a post-Miranda interview, ESCALANTE JR admitted to knowing he was in possession of the firearm, magazine, and ammunition, to which he transported from the United States to Mexico and again from Mexico back to the United States. ESCALANTE JR also stated he did not have a license to transport the firearm between the United States and Mexico.